■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOREY D. SMITH, Appellant. [65 NYS3d 849]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered September 3, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Whalen, P.J., Smith, Lindley, NeMoyer and Troutman, JJ.

■ In the Matter of JOEL PROVIDENCE, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [65 NYS3d 883]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered August 18, 2016 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (58 Misc 3d 621 [Sup Ct, Wyoming County 2016]). Present—Whalen, P.J., Smith, Lindley, NeMoyer and Troutman, JJ.